No. 95–142.  HARRIS, TRUSTEE FOR THE CHRISTOPHER HARRIS TRUST v. MISSOURI DEPARTMENT OF CONSERVATION.  Ct.

App. Mo., Western Dist. Certiorari denied.